**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **LEIDY JOHANA ACOSTA-GUAYABO, A# 221 360 242,** | § | |
| **Petitioner,** | § | **NO. SA-26-CV-03830-OLG** |
| **v.** | § | |
| **TODD BLANCHE *et al.*,** | § | |
| **Respondents.** | § | |

## DISMISSAL ORDER

Before the Court is the status of this habeas proceeding, which Petitioner Leidy Johana Acosta-Guayabo initiated on June 15, 2026. Respondents have since advised the Court of Petitioner's removal from the United States. (Dkt. No. 7). Accordingly, because Petitioner is no longer in Respondents' custody, her Petition for Writ of Habeas Corpus (Dkt. No. 1) is moot, and this case is therefore **DISMISSED WITHOUT PREJUDICE** as such.

This case is **CLOSED**.

**SIGNED** on November 23, 2026.

ORLANDO L. GARCIA
United States District Judge